IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THOMAS L. ADAMS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                                  CASE NO. 1D16-2356

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed November 3, 2016.

An appeal from an order of the Circuit Court for Clay County.
Don H. Lester, Judge.

Thomas L. Adams, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Michael McDermott, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

ROBERTS, C.J., JAY and WINSOR, JJ., CONCUR.